UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNEST MONTGOMERY | CIVIL ACTION |
| VERSUS | NO. 26-2167 |
| BRET IBERT, ET AL. | SECTION "T" (1) |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 4, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, R. Doc. 5, which the Court has reviewed *de novo*, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Plaintiff's allegations in his objection that the defendants individually knew about the water leak and did nothing do not change the Court's reasoning and determination that he has failed to state a claim for relief. Furthermore, the Court finds that leave to amend his pleadings would be futile despite the allegations in his objection. Therefore,

**IT IS ORDERED** that Ernest Montgomery's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 18th day of November, 2026.

**UNITED STATES DISTRICT JUDGE**